# IN THE SUPREME COURT OF THE STATE OF NEVADA

| | |
|---|---|
| JULIE ANN KENNEY, N/K/A JULIE ANN ZIMLICH,<br><br>      Appellant,<br><br>    vs.<br><br>JAMES MACDONALD KENNEY,<br>      Respondent. | No. 73301 |

FILED

JUL 07 2017

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is a pro se appeal from an order regarding supervised visitation and order to submit proof of compliance. Second Judicial District Court, Family Court Division, Washoe County; Chuck Weller, Judge.

Our review of the documents submitted to this court pursuant to NRAP 3(g) reveals a jurisdictional defect. Specifically, it appears that the judgment or order designated in the notice of appeal is not substantively appealable. *See* NRAP 3A(b). This court has jurisdiction to consider an appeal only when the appeal is authorized by statute or court rule. *Taylor Constr. Co. v. Hilton Hotels*, 100 Nev. 207, 678 P.2d 1152 (1984). No statute or court rule provides for an appeal from an order

17-22572

regarding supervised visitation or an order to submit proof of compliance. We conclude that we lack jurisdiction, and we

ORDER this appeal DISMISSED.[1]

_____, J.
Douglas

_____ J.
Gibbons

_____, J.
Pickering

cc:     Hon. Chuck Weller, District Judge, Family Court Division
        Julie Ann Kenney
        James Macdonald Kenney
        Washoe District Court Clerk

_____

[1]The motion for stay filed on July 6, 2017, is denied as moot.